AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*July 27, 2017*

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Erik Daniel Carlson | ) | Case No. **H 17-1243M** |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _July 23, 2017_ in the county of _Harris_ in the _Southern_ District of _Texas_, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1708 | Mail Theft |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Mary Kendall McDaniel, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 28, 2017

*Judge's signature*

City and state: Houston, Texas

USMJ Dena Palermo
*Printed name and title*

## Affidavit in Support of
## Arrest Warrant

1. I, United States Postal Inspector Mary Kendall McDaniel, have been employed by the U.S. Postal Inspection Service since 2017. I am currently assigned to the Mail Theft team in Houston, TX and have received specialized training in numerous Postal crimes, primarily those involving identity theft, mail theft, and bank fraud related offenses. I am familiar with how identity thieves use victims' information stolen from the U.S. Mail to open fraudulent credit/debit card accounts and use these accounts to fraudulently obtain funds, goods, and/or services.

2. The information set forth in this Affidavit is based upon Affiant's personal knowledge and/or information provided to Affiant by other law enforcement officers, fraud investigators, and other individuals the undersigned believes to be reliable and credible.

3. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that **Michael Bruce Garrison and Erik Daniel Carlson** have committed violations of federal law; specifically, 18 U.S.C. §1708.

4. On or about July 23, 2017, Affiant was made aware of mail theft that occurred at 2101 Hayes Road, Houston, Texas 77077, which is located within the Southern District of Texas and also known as the Westchase Ranch Apartments. Specifically, Affiant was contacted on July 23, 2017 by Houston Police Department Officer A. Nguyen in regard to Houston PD case number 928112-17. Officer Nguyen stated that on July 23, 2017 subjects Michael Garrison and Erik Carlson were arrested at 2101 Hayes Road, Houston, TX 77077 for Evading Arrest on Foot and Unlawful Use of Criminal Instrument. According to Nguyen, at the time of arrest, subjects Garrison and Carlson were in possession of two black backpacks containing a large quantity of stolen U.S. Mail and tools. The majority of the mail that Garrison and Carlson were in possession of at the time of arrest was stolen from 2101 Hayes Road, Houston, Texas 77077.

5. On or about July 23, 2017, Affiant met with Nguyen and recovered the above-referenced backpacks, U.S. Mail, and tools. Affiant reviewed the stolen U.S. Mail and found the majority of it to have been stolen from 2101 Hayes Road, Houston, Texas 77077. Affiant further reviewed the U.S. Mail and found Garrison and Carlson were in possession of the U.S. Mail of Oscar Debanoki and Maria Perez without their consent.

6. On or about July 23, 2017, Affiant met with Staci McMillan, whom Affiant knows to be employed by the Westchase Ranch Apartments and finds to be reliable and credible. McMillan provided Affiant with a copy of surveillance video taken of the mail room at the Westchase Ranch Apartments on July 23, 2017.

7. On or about July 23, 2017, Affiant conducted a Mirandized interview of Michael Garrison, during which Garrison denied any involvement in the mail theft to

Affiant. Affiant further personally viewed the likeness and appearance of Carlson.

8. Affiant reviewed the above-referenced surveillance video and found it to exhibit two individuals Affiant knows to be Garrison and Carlson breaking into the apartment panel mailboxes at 2101 Hayes Road, Houston, TX 77077 by prying them open with tools, taking U.S. Mail from those apartment panel mailboxes, and placing the stolen U.S. Mail into a black backpack.

9. Based on the forgoing information, Affiant has reason to believe and does believe that, on or about July 23, 2017, **Michael Garrison** and **Erik Carlson** committed the offense of Mail Theft, 18 USC 1708 within the Southern District of Texas.

Mary Kendall McDaniel
United States Postal Inspector

Sworn and Subscribed to me this ___28th___ day of July, 2017, and I find probable cause.

Dena H. Palermo
United States Magistrate Judge
Southern District of Texas